UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR07-092-RSL |
| Plaintiff, | |
| v. | |
| ANTHONY JOSEPH HOUSER, | SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |
| Defendant. | |

An initial hearing on supervised release revocation in this case was scheduled before me on January 4, 2012. The United States was represented by AUSA Mark Parrent and the defendant by Walter Palmer. The proceedings were digitally recorded.

Defendant had been sentenced on or about September 21, 2007 by the Honorable Robert S. Lasnik on a charge of Burglary of a Pharmacy, and sentenced to 15 months custody, three years supervised release.

The conditions of supervised release included the standard conditions plus the requirements that defendant participate in drug treatment, abstain from alcohol, submit to search, pay restitution in the amount of $20,907.99, provide his probation officer with access to financial information upon request, and be prohibited from incurring new credit charges or opening new lines of credit without permission. (Dkt. 19, 20.)

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

In an application dated (Dkt. 21, 22), U.S. Probation Officer Angela M. McGlynn alleged the following violations of the conditions of supervised release:

1. Failing to pay restitution as directed since December 2010, in violation of the special condition that requires the defendant to pay restitution of $20,907.99 to the victims.

2. Committing the crime of Driving While License Suspended on or about November 15, 2011, in violation of the special condition that prohibits the defendant from committing any new federal, state, or local crimes.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted violations and waived any evidentiary hearing as to whether they occurred. (Dkt. 23.)

I therefore recommend the Court find defendant violated his supervised release as alleged in violations 1 and 2, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Lasnik.

Pending a final determination by the Court, defendant has been released on the conditions of supervision.

DATED this 4th day of January, 2012.

Mary Alice Theiler
United States Magistrate Judge

cc: District Judge: Honorable Robert S. Lasnik
AUSA: Mark Parrent
Defendant's attorney: Walter Palmer
Probation officer: Angela M. McGlynn, Jennifer Van Flandern